No. 98–235. NUTRITIONAL HEALTH ALLIANCE ET AL. *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–241. BRICKHOUSE *v.* JONATHAN CORP. ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–251. LOVING *v.* HART, COLONEL, COMMANDANT, UNITED STATES DISCIPLINARY BARRACKS, ET AL. C. A. Armed Forces. Certiorari denied.

No. 98–383. WELDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–388. VOLKEMA ET AL. *v.* MICHIGAN ET AL. Ct. App. Mich. Certiorari denied.

No. 98–396. TEXAS ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION, AS MANAGER OF THE FSLIC RESOLUTION FUND AS RECEIVER OF FIRST SOUTH, N. A. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 98–468. MONTGOMERY *v.* CITY OF FARMINGTON HILLS ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–485. TOWNSHIP OF LELAND ET AL. *v.* GRAND TRAVERSE BAND OF OTTAWA AND CHIPPEWA INDIANS (two judgments). C. A. 6th Cir. Certiorari denied.

No. 98–556. BURNS ET AL. *v.* STONE FOREST INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied.

No. 98–557. FORD *v.* TOWN OF GRAFTON. App. Ct. Mass. Certiorari denied.

No. 98–563. GABAY *v.* MOSTAZAFAN FOUNDATION OF IRAN, AKA FOUNDATION FOR THE OPPRESSED, ET AL. C. A. 2d Cir. Certiorari denied.